# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 22, 2009

Charles R. Fulbruge III
Clerk

No. 09-10239
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

ALFRED WILLIAM BRYANT,

Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:05-CR-20-1

Before REAVLEY, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The conviction and sentence of Alfred Bryant were affirmed by this court on February 1, 2008. There is no appealable judgment for proceeding now in this court. He may seek advice for other proceedings from his attorney or file his own suit for habeas corpus relief pro se.

DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.